UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:  
RICHARD E. SPIRLING, JR.  
DEIDREE A. SPIRLING

CHAPTER 13

CASE NO. 14-81087

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    Nationstar Mortgage LLC          **Court claim #: 4**

**Last four digits** of any number used to identify the debtor's account: 405

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $7299.97 |
| Amount Paid by Trustee | $7299.97 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐  Thru the Chapter 13 Plan        ☒  Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  5/9/19            /s/Lydia S. Meyer  
                Lydia S. Meyer, Trustee  
                308 W. State St., Suite 212  
                Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 9th Day of May, 2019

Dated:  5/9/19            /s/Cynthia K. Burnard

NATIONSTAR MORTGAGE LLC
BANKRUPTCY DEPARTMENT
PO BOX 619094
DALLAS, TX 75261-9741

NATIONSTAR MORTGAGE LLC
BANKRUPTCY DEPARTMENT
350 HIGHLAND DRIVE
LEWISVILLE, TX  75067

NATIONSTAR MORTGAGE LLC
% WEINSTEIN PINSON & RILEY PS BK SERVICE
2001 WESTERN AVENUE  STE 400
SEATTLE, WA 98121

NATIONSTAR MORTGAGE LLC
BANKRUPTCY DEPARTMENT
PO BOX 619096
DALLAS, TX 75261-9741

RICHARD E. SPIRLING, JR.
DEIDREE A. SPIRLING
1242 VICTORIA CT.
ALGONQUIN, IL  60102

GERACI LAW LLC
55 E. MONROE STREET, #3400
CHICAGO, IL  60603